**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TRINA HOLLAND**,                                     Case Number: **6:15-CV-02178-ACC-KRS**

*Plaintiff*,

vs.

**FRANKLIN CREDIT MANAGEMENT CORPORATION,**
**EQUIFAX INFORMATION SERVICES, LLC, and**
**TRANS UNION LLC**,

*Defendants*.
_____/

**NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SYSTEMS, LLC**

Plaintiff hereby submits this Notice of Pending Settlement as to Defendant Equifax Information Systems, LLC and states that Plaintiff and Defendant Equifax Information Systems, LLC have reached a verbal settlement with regard to this case.  Upon completion of the terms of the settlement, the parties will file the appropriate dismissal documents with the Court.

*/s/ Christina M. Cowart*
Christina M. Cowart
Florida Bar No. 27644
CCowart@SeraphLegal.Com
Seraph Legal, P.A.
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
Telephone: (813) 567-1230
Facsimile: (855) 500-0705
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties receiving electronic notice in this case.

      */s/ Christina M. Cowart*
Christina M. Cowart
Florida Bar No. 27644
CCowart@SeraphLegal.Com
Seraph Legal, P.A.
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
Telephone: (813) 567-1230
Facsimile: (855) 500-0705
*Counsel for Plaintiff*