UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TRINA HOLLAND**,            Case Number: **6:15-CV-02178-ACC-KRS**

   *Plaintiff*,

   vs.

**FRANKLIN CREDIT MANAGEMENT CORPORATION,
EQUIFAX INFORMATION SERVICES, LLC, and
TRANS UNION LLC**,

   *Defendants*.
_____/

### NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT FRANKLIN CREDIT MANAGEMENT CORPORATION

Plaintiff hereby submits this Notice of Pending Settlement as to Defendant Franklin Credit Management Corporation and states that Plaintiff and Defendant Franklin Credit Management Corporation have reached a verbal settlement with regard to this case. Upon completion of the terms of the settlement, the parties will file the appropriate dismissal documents with the Court.

                                     */s/ Christina M. Cowart*
                                     Christina M. Cowart
                                     Florida Bar No. 27644
                                     CCowart@SeraphLegal.Com
                                     Seraph Legal, P.A.
                                     2002 E. 5th Ave., Suite 104
                                     Tampa, FL 33605
                                     Telephone: (813) 567-1230
                                     Facsimile: (855) 500-0705
                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 29, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties receiving electronic notice in this case.

      */s/ Christina M. Cowart*
      Christina M. Cowart
      Florida Bar No. 27644
      CCowart@SeraphLegal.Com
      Seraph Legal, P.A.
      2002 E. 5th Ave., Suite 104
      Tampa, FL 33605
      Telephone: (813) 567-1230
      Facsimile: (855) 500-0705
      *Counsel for Plaintiff*